E-filing

FILED
MAY 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Quillie L. Harvey Jr.
Plaintiff,

v.

M.S. Evans
Defendant.

CV 08    2491

CASE NO CRB (PR)

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, __Quillie Harvey__, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?        Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__ Net: __N/A__

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.  Business, Profession or      Yes ___ No ✓
        self employment
    b.  Income from stocks, bonds,   Yes ___ No ✓
        or royalties?

1

c. Rent payments? Yes ___ No ✓
d. Pensions, annuities, or Yes ___ No ✓
   life insurance payments?
e. Federal or State welfare payments, Yes ___ No ✓
   Social Security or other government source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married? Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support:

$ _____

   b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5. Do you own or are you buying a home? Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Yes ___ No ___

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___  No ✓

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?  Yes ___  No ✓  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes ___  No ✓

_____

8.  What are your monthly expenses?

Rent: $ _____  Utilities: _____

Food: $ _____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

$350 Court Fees   $350 Court Fees

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_MAY 13, 2008_  _Paulie Harney_
DATE                 SIGNATURE OF APPLICANT

```
REPORT ID: TS3030  .701                                      REPORT DATE: 05/08/08
                                                             PAGE NO:           1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                             SALINAS VALLEY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: MAY  01, 2008 THRU MAY  08, 2008

ACCOUNT NUMBER  : H28106                    BED/CELL NUMBER: FCB1T1000000108L
ACCOUNT NAME    : HARVEY, QUILLIE              ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE   DESCRIPTION     COMMENT      CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE
-----    ----   -----------     -------      ---------    --------    -----------    -------

05/01/2008      BEGINNING BALANCE                                                       0.00

05/02 D310 CHECK DEPOSIT 2797 7660                           20.00                     20.00


                               CURRENT HOLDS IN EFFECT

   DATE       HOLD
  PLACED      CODE         DESCRIPTION                    COMMENT        HOLD AMOUNT
-----------   ----   -----------------------------       ----------     -------------
02/22/2008    H110   COPIES HOLD                         2189  COPY           0.12
03/19/2008    H110   COPIES HOLD                         2437  COPY           0.12
04/10/2008    H110   COPIES HOLD                         2603  MCOPY          0.48
04/15/2008    H110   COPIES HOLD                         2659  COPY           0.48
05/02/2008    D310   CHECK DEPOSIT                       2797  7660          20.00

                               TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL          TOTAL          CURRENT         HOLDS         TRANSACTIONS
   BALANCE        DEPOSITS      WITHDRAWALS      BALANCE         BALANCE       TO BE POSTED
  ---------      ---------      -----------      --------       ---------      ------------
      0.00          20.00            0.00          20.00          21.20             0.00


                                                                    CURRENT
                                                                   AVAILABLE
                                                                    BALANCE
                                                                  -----------
                                                                        1.20-
```