UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.   Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B.   Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

FILED

08 JUN -2 PM 1: 43

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

W

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Quillie L. Harvey Jr.

     Plaintiff,

vs.

M.S. Evans

     Defendant.

CASE NO. CV. 08-2491 CRB (PR)

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, Quillie Harvey, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ 1990 BURGER KING _____
5  SAN DIEGO COUNTY (CAMP PEN.) _____
6  _____
7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or                    Yes ___ No ✓
10            self employment
11      b.    Income from stocks, bonds,                 Yes ___ No ✓
12            or royalties?
13      c.    Rent payments?                             Yes ___ No ✓
14      d.    Pensions, annuities, or                    Yes ___ No ✓
15            life insurance payments?                                ✓
16      e.    Federal or State welfare payments,         Yes ___ No ___
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.      Are you married?                             Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.      a.    List amount you contribute to your spouse's support:$ _____

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5       _____ N/A  No CHildREN _____
6       _____

7  5.   Do you own or are you buying a home?          Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.   Do you own an automobile?                     Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ✓ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No ✓
20 _____
21 8.   What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____    $ _____    $ _____
27 _____    $ _____    $ _____
28 _____    $ _____    $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ✓    No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I BROUGHT THIS CLAIM IN THIS COURT BUT IT WAS DISMISS WITH OUT PREJUDICE FOR NON EXHAUSTION. I'VE NOW EXHAUSTED. (C-07-4434 CRB (PR))

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-20-08                               Willie Harney
DATE                                  SIGNATURE OF APPLICANT

```
 1
 2                                          Case Number: _____
 3                                      )
 4
 5
 6
 7
 8                       CERTIFICATE OF FUNDS
 9                                IN
10                       PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _____ for the last six months
                                         [prisoner name]
14   _____ where (s)he is confined.
            [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated:_____              _____
                                         [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28
```

1
2                                    Case Number: _____
3
4
5
6
7
8
9                              CERTIFICATE OF FUNDS
10                                        IN
11                               PRISONER'S ACCOUNT
12
13        I certify that attached hereto is a true and correct copy of the prisoner's trust account
                                    #28106
14   statement showing transactions of  Harvey Quillie   for the last six months
15   at   SALINAS VALLEY STATE PRISON
          ACCOUNTING DEPARTMENT
          P.O. BOX 1020
16        SOLEDAD, CA 93960-1020         [prisoner name]
17   _____ where (s)he is confined.
18          [name of institution]
19        I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $ 14.17  and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $ 25.49
22
23   Dated: 5/30/08                         L. Macias
24                                        [Authorized officer of the institution]
25
26
27

```
REPORT ID: TS3030  .701                                    REPORT DATE: 05/30/08
                                                           PAGE NO:         1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                         SALINAS VALLEY STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: NOV. 01, 2007 THRU MAY  30, 2008

ACCOUNT NUMBER : H28106                BED/CELL NUMBER: FCB1T100000010BL
ACCOUNT NAME   : HARVEY, QUILLIE        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION     COMMENT      CHECK NUM  DEPOSITS    WITHDRAWALS    BALANCE
-----  ----  --------------- -----------  ---------  ----------  -----------    -----------

11/01/2007   BEGINNING BALANCE                                                       0.00

11/07 FR01 CANTEEN RETUR 701272                                    51.89-           51.89
11/07 FC03 DRAW-FAC 3    1276 C5                                   29.52            22.37
11/08 W512 LEGAL POSTAGE 1296 LPOST                                 4.60            17.77
11/08 W515 COPY CHARGE   1301 COPY                                  0.36            17.41
11/15 W512 LEGAL POSTAGE 1347 LPOST                                 4.60            12.81
11/26 W516 LEGAL COPY CH 1422 LCOPY                                 7.10             5.71
11/27 W512 LEGAL POSTAGE 1432 LPOST                                 0.41             5.30
11/27 W512 LEGAL POSTAGE 1432 LPOST                                 5.30             0.00
12/10 FR01 CANTEEN RETUR 701518                                    29.52-           29.52
12/10 FC03 DRAW-FAC 3    1522 C5                                   27.40             2.12
12/10 W515 COPY CHARGE   1531 COPY                                  0.12             2.00
12/11 D300 CASH DEPOSIT  1545 7131                  15.00                           17.00
12/11 W212 FEDERAL FILIN 1554 NTH                                   3.00            14.00
12/12 W516 LEGAL COPY CH 1559 LCOPY                                 1.00            13.00
12/13 W516 LEGAL COPY CH 1569 LCOPY                                 1.60            11.40
12/13 W512 LEGAL POSTAGE 1575 ENVEL                                 0.80            10.60
12/18 W512 LEGAL POSTAGE 1607 LPOST                                 0.41            10.19
12/18 W512 LEGAL POSTAGE 1607 LPOST                                 4.60             5.59
12/18 W512 LEGAL POSTAGE 1607 LPOST                                 4.60             0.99
12/18 W512 LEGAL POSTAGE 1607 LPOST                                 0.41             0.58
12/20 W512 LEGAL POSTAGE 1633 ENVEL                                 0.58             0.00
      ACTIVITY FOR 2008
01/08 FR01 CANTEEN RETUR 701750                                    27.40-           27.40
01/08 FC03 DRAW-FAC 3    1754 C1                                   25.93             1.47
01/11 D300 CASH DEPOSIT  1805 7230                  50.00                           51.47
01/11 W212 FEDERAL FILIN 1811 NTH                                  10.00            41.47
01/11 W515 COPY CHARGE   1808 COPY                                  0.24            41.23
01/15 D300 CASH DEPOSIT  1834 7241                  20.00                           61.23
01/15 W212 FEDERAL FILIN 1847 NTH                                   4.00            57.23
01/16 W512 LEGAL POSTAGE 1859 LPOST                                 0.41            56.82
01/22 W512 LEGAL POSTAGE 1906 LPOST                                 0.41            56.41
01/25 W512 LEGAL POSTAGE 1963 LPOST                                 0.41            56.00
01/25 W512 LEGAL POSTAGE 1963 LPOST                                 0.41            55.59
01/28 W512 LEGAL POSTAGE 1973 ENVEL                                 0.80            54.79
02/01 W512 LEGAL POSTAGE 1996 LPOST                                 0.41            54.38
02/07 W512 LEGAL POSTAGE 2054 LPOST                                 4.60            49.78
02/07 W512 LEGAL POSTAGE 2054 LPOST                                 5.30            44.48
02/07 W515 COPY CHARGE   2057 COPY                                  0.36            44.12
02/08 FC03 DRAW-FAC 3    2088 C1                                   44.12             0.00
05/02 D310 CHECK DEPOSIT 2797 7660                  20.00                           20.00
```

```
REPORT ID: TS3030  .701                                    REPORT DATE: 05/30/08
                                                                   PAGE NO:    2
                           SALINAS VALLEY STATE PRISON
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 01, 2007 THRU MAY  30, 2008

ACCT: H28106        ACCT NAME: HARVEY, QUILLIE                ACCT TYPE: I
```

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 02/22/2008 | H110 | COPIES HOLD | 2189 COPY | 0.12 |
| 03/19/2008 | H110 | COPIES HOLD | 2437 COPY | 0.12 |
| 04/15/2008 | H110 | COPIES HOLD | 2659 COPY | 0.48 |
| 05/02/2008 | D310 | CHECK DEPOSIT | 2797 7660 | 20.00 |
| 05/09/2008 | H109 | LEGAL POSTAGE HOLD | 2860 LPOST | 2.67 |
| 05/09/2008 | H109 | LEGAL POSTAGE HOLD | 2860 LPOST | 2.84 |
| 05/13/2008 | H110 | COPIES HOLD | 2897 COPY | 0.24 |
| 05/13/2008 | H109 | LEGAL POSTAGE HOLD | 2892 ENVEL | 0.60 |
| 05/13/2008 | H118 | LEGAL COPIES HOLD | 2892 LCOPY | 20.70 |
| 05/16/2008 | H109 | LEGAL POSTAGE HOLD | 2922 LPOST | 4.80 |
| 05/16/2008 | H118 | LEGAL COPIES HOLD | 2922 LCOPY | 7.50 |
| 05/27/2008 | H118 | LEGAL COPIES HOLD | 3014 LCOPY | 1.10 |

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 105.00 | 85.00 | 20.00 | 61.17 | 0.00 |

CURRENT AVAILABLE BALANCE

41.17-

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5/30/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY L. Macias SUSP
TRUST OFFICE

Quillie Harvey H-28106
Salinas Valley State Prison
P.O. Box 1050 C-1-108
Soledad, CA. 93960



BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

