IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILLIE L. HARVEY, JR., | ) |
| Petitioner, | ) No. C 08-2491 CRB (PR) |
| vs. | ) ORDER OF DISMISSAL |
| M. S. EVANS, Warden, | ) (Doc # 2 & 4) |
| Respondent(s). | ) |

I.

Quillie L. Harvey, Jr., a prisoner at Salinas Valley State Prison and frequent litigant in federal court, has filed a pro se petition for a writ of habeas corpus challenging a 2006 disciplinary finding of possession of a weapon, which resulted in his placement in administrative segregation but for which no time credit was forfeited. Harvey argues that he was denied due process in connection with the disciplinary hearing and that the disciplinary finding will hurt his chances of being released on parole.

Harvey also seeks leave to proceed in forma pauperis under 28 U.S.C. § 1915. Based solely on Harvey's affidavit of indigence, his request to proceed in forma pauperis (doc # 2 & 4) is granted.

## II.

The Ninth Circuit has made clear that habeas jurisdiction is absent, and a § 1983 action proper, where, as here, a successful challenge will not necessarily shorten the prisoner's sentence. See Ramirez v. Galaza, 334 F.3d 850, 859 (9th Cir. 2003). It would be different if the disciplinary finding had resulted in the forfeiture of time credits because a successful challenge would result in the restoration of the time credits and thereby necessarily shorten Harvey's sentence. The effect of the disciplinary finding on Harvey's possible release on parole is too attenuated to compel a different result. Cf. Burnsworth v. Gunderson, 179 F.3d 771, 774 n.3 (9th Cir. 1999) (possibility that prisoner having conviction/ disciplinary finding on record may result in denial of parole eligibility at some later date too attenuated to amount to denial of a protected liberty interest).

## III.

For the foregoing reasons, the petition for a writ of habeas corpus is DISMISSED without prejudice to filing a civil rights complaint under 42 U.S.C. § 1983. The clerk is instructed to enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED:   July 22, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.08\Harvey, Q1.dismissal.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

QUILLIE L. HARVEY,

        Plaintiff,

  v.

M.S. EVANS et al,

        Defendant.

Case Number: CV08-02491 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Quillie L. Harvey H-28106
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: July 22, 2008

                                               Richard W. Wieking, Clerk
                                               By: Barbara Espinoza, Deputy Clerk